# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Ronald Jerome Curtis,          * From the 42nd District
Court of Taylor County,
Trial Court No. 21001-A.

Vs. No. 11-13-00176-CR          * July 11, 2013

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.